In the Matter of FRANK G. FROSCH, Respondent, against
PAUL J. KERN et al., as Commissioners of the Municipal
Civil Service Commission of the City of New York, et
al., Appellants, and S. HOWARD COHEN et al., as Com-
missioners of the Board of Elections of the City of New
York, Respondents.

Argued April 12, 1939; decided May 23, 1939.

*William C. Chanler*, Corporation Counsel (*Robert H.
Schaffer* and *Paxton Blair* of counsel), for defendants,
appellants.

*Irving H. Saypol* and *Leo Kotler* for petitioner, respondent.

*John J. Bennett, Jr.*, Attorney-General (*Henry Epstein*
and *Hyman Wank* of counsel), for defendants, respondents.

Order affirmed, with costs, on authority of *Matter of
Fugazy* v. *Kern* (280 N. Y. 375), decided herewith. No
opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN,
FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.